UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICENTE FIGUEROA NAVA,

                 Petitioner,

     v.

CAMMILLA WAMSLEY et al.,

                Respondents.

CASE NO. 2:26-cv-00459-DGE

ORDER CLOSING THIS MATTER

On March 3, 2026, this Court granted Petitioner's petition for writ of habeas corpus and granted Petitioner until June 2, 2026 to file a motion for attorney fees.  (Dkt. No. 8.)  Petitioner did not file a motion for attorney fees.  Accordingly, this matter is closed.  The Clerk is directed to close this case.

Dated this 5th day of June, 2026.

David G. Estudillo
United States District Judge

ORDER CLOSING THIS MATTER - 1